UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Karen Annese,<br><br>               Plaintiff,<br>v.<br><br>Corporate Receivables, Inc.; and DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.: 1:09-cv-12175-PBS |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

      Plaintiff, Karen Annese, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 15, 2010

                                                      Respectfully submitted,

                                                      By: /s/ Sergei Lemberg

                                                      Sergei Lemberg, Esq.
                                                      (Bar Roll No. 650671)
                                                      Lemberg & Associates L.L.C.
                                                      1100 Summer Street, 3rd Floor
                                                      Stamford, CT 06905
                                                      Telephone: (203) 653-2250
                                                      Facsimile: (877) 795-3666
                                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2010, I electronically filed the foregoing with the Clerk of the District Court of the District of Massachusetts using the CM/ECF system:

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.